GOLDENBERG, Appellant, v. ZIRINSKY, Respondent. (Supreme Court, Appellate Divi-

102 N.Y.S.—72

sion, Second Department. January 25, 1907.) Action by Solomon Goldenberg against Jacob Zirinsky. No opinion. Order affirmed, with $10 costs and disbursements.